No. 199. CHARLES W. HUNTER ET AL., PETITIONERS, *v.* REBECCA A. JOHNSON ET AL. On a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit. Argued

April 14, 1908. Decided April 20, 1908. *Per Curiam.* Decree of United States Circuit Court of Appeals reversed with costs and decree of Circuit Court of the United States for the Eastern District of Arkansas affirmed with costs and cause remanded to that court. *Ballard v. Hunter,* 204 U. S. 241. *Mr. A. B. Shafer, Mr. L. P. Berry* and *Mr. James K. Jones* for petitioners. No appearance for respondents.